BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Counsel for Defendant MORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-06-70358 WDB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING DATE FOR** |
| vs. ) | **PRELIMINARY HEARING OR** |
| ) | **ARRAIGNMENT** |
| WILFREDO MORAN, ) | |
| ) | Current Date: September 15, 2006 |
| Defendant. ) | Requested Date: October 16, 2006 |
| _____ ) | |

     Mr. Moran has been charged by complaint in the Central District of California with one count of violating 18 U.S.C. §751, walking away from a halfway house.  The parties have agreed that Mr. Moran will plead guilty in the Northern District of California pursuant to Federal Rule of Criminal Procedure 20.  Mr. Moran has executed a consent to transfer, the parties have agreed on a plea agreement, and the necessary paperwork has been sent to Los Angeles.  The parties are waiting for the clerk's office in Los Angeles to formally transfer the case to Oakland.  The parties have been informed that this will take 4 weeks. Therefore, the parties stipulate and request that this matter be continued to October 16, 2006.

     Mr. Moran has a right under Federal Rule of Criminal Procedure 5.1 to a preliminary hearing or indictment within 20 days.  Mr. Moran and counsel have discussed that right, and Mr.

1 | Moran desires to waive it.  Good cause for the waiver exists because of the delay in transferring
2 | the case.  In addition, Mr. Moran has a right under 18 U.S.C. § 3161(b) to be indicted within
3 | thirty days.  Mr. Moran and counsel have discussed that right, and Mr. Moran desires to exclude
4 | time between September 15, 2006 and October 16, 2006 under 18 U.S.C. § 3161(h)(8)(A) and
5 | (B)(iv) because of the delay in transfer.  In addition, counsel for Mr. Moran will be out of town
6 | on September 28 and 29, and out of the state from October 6 through the 13th, thus making
7 | counsel unavailable, and providing another basis for excluding time.  The parties stipulate that
8 | the ends of justice served by the granting of this continuance outweigh the best interests of the
9 | public and Mr. Moran in a speedy indictment and trial.

10 | SO STIPULATED.                                         /S/

11 | Date: 9/13/06
                                                        _____
12 |                                                     Rebecca Silbert
                                                        Counsel for Mr. Moran

13 |                                                     /S/
     Date:   9/14/06                                    _____
14 |                                                     Maureen Bessette
                                                        Assistant United States Attorney

15 |
         In light of the stipulation of the parties, and because of the counsel's unavailability and
16 | the delay in transfer, the Court HEREBY ORDERS that the date for preliminary hearing or
17 | arraignment be continued to October 16, 2006.  The Court further orders that time be excluded
18 | from September 15, 2006 to October 16, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
19 | (B)(iv), and finds that the ends of justice served by granting the continuance outweigh the best
20 | interests of the public and Mr. Moran in a speedy indictment and trial.  The Court further finds
21 | that the continuance is necessary for effective preparation of counsel because of the delay in
22 | transfer, and for continuity of counsel because of counsel's unavailability.

23 |

24 | Dated: September 14, 2006
25 |                                                     _____
                                                        Honorable Wayne D. Brazil
26 |                                                     Magistrate Judge, United States District Court
                                                        Northern District of California



IT IS SO ORDERED
Judge Wayne D. Brazil

Stip to Cont. to 10/16