1 | BARRY J. PORTMAN
Federal Public Defender
2 | REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500
5 | Counsel for Defendant MORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00636 MJJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING DATE FOR PRELIMINARY HEARING OR ARRAIGNMENT** |
| vs. | ) | |
| WILFREDO MORAN, | ) | Current Date: October 16, 2006 |
| Defendant. | ) | Requested Date: October 20, 2006 |

    Mr. Moran has been charged by complaint in the Central District of California with one count of violating 18 U.S.C. §751, walking away from a halfway house. The case has been transferred to the Northern District of California pursuant to Federal Rule of Criminal Procedure 20, and the parties have a plea agreement. The case has been assigned to Judge Martin J. Jenkins. Currently, this matter is on calendar for arraignment on information before Judge Brazil at 10:00 a.m. on Monday, October 16. However, the parties jointly request that the matter be continued to 10:00 a.m. on Friday, October 20 for arraignment on information before Judge Brazil, and 2:30 p.m. on Friday, October 20 for change of plea, so that Mr. Moran can make both his court appearances on the same day.

    Mr. Moran has a right under Federal Rule of Criminal Procedure 5.1 to a preliminary

1  hearing or indictment within 20 days.  Mr. Moran and counsel have discussed that right, and Mr.

2  Moran desires to waive it for the four days between October 16 and October 20.  Good cause for

3  the waiver because of the efficiencies in placing this matter on calendar in two courtrooms on the

4  same day.  In addition, Mr. Moran has a right under 18 U.S.C. § 3161(b) to be indicted within

5  thirty days.  Mr. Moran and counsel have discussed that right, and Mr. Moran desires to exclude

6  time between October 16, 2006 and October 20, 2006 under 18 U.S.C. § 3161(h)(8)(A) and

7  (B)(iv) because of the efficiencies on having both appearances on the same day.  In addition,

8  although the case has already been transferred to the Northern District of California, counsel for

9  Mr. Moran will be unavailable on Friday September 29, Friday October 6, and Friday October

10  13, so October 20 is the first available date for change of plea.  The parties stipulate that the ends

11  of justice served by the granting of this continuance outweigh the best interests of the public and

12  Mr. Moran in a speedy indictment and trial.

13  SO STIPULATED.                                                    /S/

14  Date: 9/26/06

          Rebecca Silbert
15        Counsel for Mr. Moran

16                                                                              /S/
    Date:  9/27/06
17        Maureen Bessette
          Assistant United States Attorney
18

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
19  "conformed" signature (/S/) within this e-filed document.

20       In light of the stipulation of the parties, and because of the efficiencies in having this

21  matter attended to by two courts on the same day, the Court HEREBY ORDERS that the date for

22  preliminary hearing or arraignment be continued to October 20, 2006 at 10:00 a.m. before the

23  Honorable Wayne D. Brazil, and set for change of plea at 2:30 on October 20, 2006 before the

24  Honorable Martin J. Jenkins.  The Court further orders that time be excluded from October 16,

25  2006 to October 20, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and finds that the

26  ends of justice served by granting the continuance outweigh the best interests of the public and

1 Mr. Moran in a speedy indictment and trial.  The Court finds that the continuance is necessary

2 for effective preparation of counsel because of the desire to have the matters handled on the

3 same day, and for continuity of counsel because of counsel's unavailability on the preceding

4 Fridays.

6 Dated: September 28, 2006

IT IS SO ORDERED

*Wayne D. Brazil*
Judge Wayne D. Brazil

10 Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
11 Northern District of California